Opinion filed April 27, 2006












 
 
  
 
 







 
 
  
 
 




Opinion filed April 27, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00072-CR 

 

                                                    __________

 

                           DANIEL
VASQUEZ DOMINGUEZ, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 104th District Court

 

                                                          Taylor
County, Texas

 

                                                Trial
Court Cause No. 13674-B2

 



 

                                                                   O
P I N I O N

This is an appeal
from a judgment adjudicating guilt.  We
dismiss for want of jurisdiction.








Daniel Vasquez
Dominguez originally entered a plea of no contest to the offense of aggravated
sexual assault of a child.  Pursuant to
the plea bargain agreement, the trial court deferred the adjudication of guilt
and placed appellant on community supervision for eight years.  After the hearing on the State=s motion to adjudicate, the trial court found that
appellant had violated the terms and conditions of his community supervision,
revoked his community supervision, adjudicated his guilt, and sentenced him to
confinement for thirty years.

The sentence was
imposed in open court on February 10, 2006. 
A motion for new trial was not filed. 
Therefore, the notice of appeal was due to be filed on or before March
13, 2006.  Tex. R. App. P. 26.2. 
Appellant filed his notice of appeal on March 21, 2006, thirty-nine days
after the date the sentence was imposed. 
A motion for extension of time was not filed in the time period
specified by Tex. R. App. P.
26.3.

Absent
a timely notice of appeal or compliance with Rule 26.3, an appellant fails to
invoke the jurisdiction of this court.   Slaton
v. State, 981 S.W.2d 208 (Tex. Crim. App. 1998); Olivo v. State, 918
S.W.2d 519 (Tex. Crim. App. 1996); Rodarte v. State, 860 S.W.2d 108
(Tex. Crim. App. 1993); Shute v. State, 744 S.W.2d 96 (Tex. Crim. App.
1988).  Appellant has failed to comply
with the requirements of Rules 26.2 and 26.3.

Therefore, the appeal is dismissed.

 

PER CURIAM

 

April 27, 2006

Do not publish.  See
Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.